**United States District Court**
For the Northern District of California

1

*E-FILED: March 7, 2013*

2

3

4

5

NOT FOR CITATION

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

SAN JOSE DIVISION

9

GRACIELA PENA,                                              No. C12-05957 HRL

10

        Plaintiff,                                        **ORDER CONTINUING INITIAL
CASE MANAGEMENT**

11

  v.                                                            **CONFERENCE**

12

NICOLAS ESPINOZA dba TIJUANA
RESTAURANT; TIJUANA RESTAURANT.

13

14

        Defendants.

_____/

15

16

      Counsel for defendants having only been recently retained, the Initial Case Management

17

Conference, currently set for March 12, 2013, has been continued to **May 7, 2013 at 1:30 p.m.** in

18

Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

19

Related case management deadlines are adjusted accordingly.

      **IT IS SO ORDERED.**

20

Dated: March 7, 2013

21

22

23

    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **C 12-05957 HRL Order will be electronically mailed to:**

2  James Dal Bon jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

3  Sidney Carl Flores floreslawfirm@yahoo.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28