*E-FILED: May 7, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA PENA, | No. C12-05957 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SANCTIONS AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NICOLAS ESPINOZA dba TIJUANA RESTAURANT; TIJUANA RESTAURANT. | |
| Defendants. | |

Counsel for both parties having failed to appear for the Initial Case Management Conference scheduled for May 7, 2013, the Initial Case Management Conference is continued to **May 21, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. All parties shall appear for the rescheduled Initial Case Management Conference and show cause, if any, why they should not be sanctioned for their failure to appear at the previously scheduled Case Management Conference. The parties shall file an updated Joint Case Management Conference Statement, in addition to separate statements in response to this Order to Show Cause, no later than **May 14, 2013**. The statements in response to this Order to Show Case shall provide the reason that counsel failed to appear for the May 7, 2013 Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-05957 HRL Order will be electronically mailed to:**

James Dal Bon     jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

Sidney Carl Flores     floreslawfirm@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**