*E-FILED: May 21, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA PENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLAS ESPINOZA dba TIJUANA RESTAURANT; TIJUANA RESTAURANT.<br><br>　　　　Defendants.<br>_____/ | No. C12-05957 HRL<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Counsel for both parties having failed to appear for the Initial Case Management Conference, the Court issued an Order to Show Cause Re: Sanctions and continued the Initial Case Management Conference to May 21, 2013. Counsel for plaintiff appeared at the Order to Show Cause hearing, but counsel for defendants failed to show again. The Order to Show Cause is discharged as to counsel for plaintiff, and he is sanctioned in the amount of $200, payable to the Clerk of the Court, for his failure to appear at the first-scheduled Initial Case Management Conference. The Initial Case Management Conference, and the Order to Show Cause Re: Sanctions against counsel for defendants, is continued to **June 4, 2013 at 1:30 pm** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113**.** All parties shall appear for the rescheduled Initial Case Management Conference and counsel for defendants should be prepared to show cause, if any, why he should not be sanctioned for his failure to appear at the previously scheduled Case Management Conferences and the hearing on the Order to Show Cause. The parties shall file an updated Joint Case Management Conference Statement, and counsel for defendants shall file a separate statement in response to this Order to Show Cause, no later than **May 28, 2013**. The

1  statement in response to this Order to Show Case shall provide the reason that counsel failed to
2  appear for the May 7, 2013 Initial Case Management Conference, the rescheduled May 21, 2013
3  Initial Case Management Conference, and the May 21 hearing on the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: May 21, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-05957 HRL Order will be electronically mailed to:**

James Dal Bon jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

Sidney Carl Flores floreslawfirm@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**