*E-Filed: June 18, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA PENA, | No. C12-05957 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [Re: Docket No. 25] |
| NICOLAS ESPINOZA dba TIJUANA RESTAURANT; TIJUANA RESTAURANT, | |
| Defendants. | |

Pro se plaintiff Graciela Pena filed a notice of dismissal without prejudice purportedly pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). However, as Defendants have already served an answer, Rule 41(a)(1)(A) does not apply, and the action may only be dismissed by stipulation or court order. Construing Plaintiff's notice as a request, and having received no objection from Defendants, the Court GRANTS the request for dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-05957 HRL Notice will be electronically mailed to:**

Sidney Carl Flores    floreslawfirm@yahoo.com

**C12-05957 HRL Notice will be mailed to:**

Graciela Pena
6428 International Blvd.
Oakland, CA 94621

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**